UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

             Plaintiff(s),

v.                                    Case No. 5:15–cv–10141–JEL–APP
                                       Hon. Judith E. Levy

Damon R Sims,

            Defendant(s).

## CLERK'S ENTRY OF DEFAULT

Party in Default:  Damon R Sims

The default of the party named above for failure to plead or otherwise defend is entered.

## Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                      DAVID J. WEAVER, CLERK OF COURT

                                  By: s/ T McGovern
                                         Deputy Clerk

Dated:  February 18, 2015