**FILED**

FEB 18 2015

CLERK'S OFFICE, DETROIT-PSG
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil Action No.: 15-10141 |
| Plaintiff, | HON. JUDITH E. LEVY |
| vs. | |
| DAMON R. SIMS | |
| Defendant. | |

_____/

### CLERK'S ENTRY OF JUDGMENT BY DEFAULT

Damon R. Sims failed to appear to defend this action after having been served with process.

Pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, Judgment by Default is hereby entered in favor of Plaintiff, United States of America and against Defendant, Damon R. Sims, in the following amount:

**Claim No. 2015A07881:**

| | |
|---|---|
| Principal Balance: | $1,019.21 |
| Total Interest Accrued: | $389.78 |
| Administrative Charges: | $0.00 |
| Less Credits (Debtor Payments): | $0.00 |
| Total Owed: | $1,408.99 |
| Interest Rate: | 6.125% |

Plus prejudgment interest until entry of Judgment.
Plus a filing fee of $400.00 as permitted by 28 U.S.C. § 2412(a)(2).
Post judgment interest shall accrue at the legal rate in effect pursuant to 28 U.S.C. § 1961.

Date: 2/18/2015

Clerk of the Court

By: _____
Deputy Clerk